# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

DUSTY WILMORE                                                                                       PLAINTIFF

V.                                            No. 3:22-CV-8-JTR

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                                                      DEFENDANT

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is hereby REVERSED and REMANDED. Judgment is entered in favor of the Plaintiff. This is a sentence four remand under 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 14th day of October, 2022.

_____
UNITED STATES MAGISTRATE JUDGE